■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROLANDO MACHARE, Appellant. [735 NYS2d 395] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated August 23, 1999 (*People v Machare,* 264 AD2d 487), affirming a judgment of the Supreme Court, Queens County, rendered May 9, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the

effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). O'Brien, J. P., Santucci, Krausman and Goldstein, JJ., concur.